**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

V.

(1) VICTOR ARROYO,
    A/K/A "KING VICIOUS,"
(2) ANGEL LUIS RIVERA,
    A/K/A "KING VENOM,"
(3) ONIX FIGUEROA,
    A/K/A "KING ONYX,"

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*04CR10053-RCL*

Criminal No. _____

VIOLATIONS:
21 U.S.C. § 846--
Conspiracy to
Distribute Cocaine Base

21 U.S.C. § 846--
Conspiracy to distribute
Heroin

21 U.S.C. § 841(a)(1)--
Distribution of
Controlled Substances

18 U.S.C. § 2--Aiding
And Abetting

21 U.S.C. § 853--
Criminal Forfeiture
Allegation

*SEALED*

*ORIGINAL*

**INDICTMENT**

**COUNT ONE:**    **(21 U.S.C. § 846 -- Conspiracy To Distribute
                 Cocaine Base)**

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or

about January, 2003, and continuing thereafter until in or about

March, 2003, at Lawrence and elsewhere in the District of

Massachusetts,

       **(1) VICTOR ARROYO, A/K/A "KING VICIOUS," and,
           (3) ONIX FIGUEROA, A/K/A "KING ONYX,"**

the defendants herein, did knowingly and intentionally conspire

and agree with each other and with persons known and unknown to

the Grand Jury, to possess with intent to distribute, and to distribute, quantities of cocaine base, also known as "crack cocaine," in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the conspiracy described herein involved at least 50 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(A)(iii).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO** :    **(21 U.S.C. § 841(a)(1)-- Distribution of Cocaine Base; 18 U.S.C. §2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about January 29, 2003, at Lawrence, in the District of Massachusetts,

**(1)VICTOR ARROYO, A/K/A "KING VICIOUS,"**

the defendant herein, did knowingly and intentionally distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the transaction described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>**COUNT THREE**</u>:    **(21 U.S.C. § 841(a)(1)-- Distribution of Cocaine
Base; 18 U.S.C. §2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about February 1, 2003, at Lawrence, in the District
of Massachusetts,

**(1) VICTOR ARROYO, A/K/A "KING VICIOUS,"**

the defendant herein, did knowingly and intentionally distribute
a quantity of cocaine base, also known as "crack cocaine," a
Schedule II controlled substance.

The Grand Jury further alleges that the transaction
described herein involved at least 5 grams of a mixture or a
substance containing a detectable amount of cocaine base, also
known as "crack cocaine," a Schedule II controlled substance, in
violation of Title 21, United States Code, Section 841
(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section
841(a)(1) and Title 18, United States Code, Section 2.

**COUNT FOUR** :    **(21 U.S.C. § 841(a)(1)-- Distribution of Cocaine Base; 18 U.S.C. §2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about February 4, 2003, at Lawrence, in the District of Massachusetts,

**(1) VICTOR ARROYO, A/K/A "KING VICIOUS," and**
**(3) ONIX FIGUEROA, A/K/A "KING ONYX,"**

the defendants herein, did knowingly and intentionally distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the transaction described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>**COUNT FIVE**</u>:    **(21 U.S.C. § 841(a)(1)-- Distribution of Cocaine Base; 18 U.S.C. §2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about February 11, 2003, at Lawrence, in the District of Massachusetts,

**(1)VICTOR ARROYO, A/K/A "KING VICIOUS,"**

the defendant herein, did knowingly and intentionally distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the transaction described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>**COUNT SIX**</u>:        **(21 U.S.C. § 846 -- Conspiracy To Distribute Heroin)**

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about December, 2003, and continuing thereafter until on or about the date of this indictment, at Lawrence and elsewhere in the District of Massachusetts,

(1) **VICTOR ARROYO, A/K/A "KING VICIOUS," and,**
(2) **ANGEL LUIS RIVERA, A/K/A "KING VENOM,"**

the defendants herein, did knowingly and intentionally conspire and agree together, and with persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, quantities of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the conspiracy described herein involved at least 100 grams of a mixture or a substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(B)(i).

All in violation of Title 21, United States Code, Section 846.

<u>COUNT SEVEN</u>:     **(21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18
U.S.C. § 2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about December 26, 2003, at Lawrence, in the District

of Massachusetts,

**(1)VICTOR ARROYO, A/K/A "KING VICIOUS," and,
(2)ANGEL LUIS RIVERA, A/K/A "KING VENOM,"**

the defendants herein, did knowingly and intentionally distribute

a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

**COUNT EIGHT**:     **(21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18 U.S.C. § 2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about December 29, 2003, at Lawrence, in the District of Massachusetts,

> **(1)VICTOR ARROYO, A/K/A "KING VICIOUS," and,**
> **(2)ANGEL LUIS RIVERA, A/K/A "KING VENOM,"**

the defendants herein, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT NINE:**     **(21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18 U.S.C. § 2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about January 2, 2004, at Lawrence, in the District of Massachusetts,

> **(1) VICTOR ARROYO, A/K/A "KING VICIOUS," and,**
> **(2) ANGEL LUIS RIVERA, A/K/A "KING VENOM,"**

the defendants herein, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT TEN**:      **(21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18
                    U.S.C. § 2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about January 6, 2004, at Lawrence, in the District of

Massachusetts,

**VICTOR ARROYO, A/K/A "KING VICIOUS," and,
ANGEL LUIS RIVERA, A/K/A "KING VENOM,"**

the defendants herein, did knowingly and intentionally possess

with intent to distribute and distribute, a quantity of heroin, a

Schedule I controlled substance.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

**COUNT ELEVEN**:     (21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18
                      U.S.C. § 2--Aiding and Abetting)

The Grand Jury further charges that:

        On or about January 16, 2004, at Lawrence, in the District

of Massachusetts,

                    **(1)VICTOR ARROYO, A/K/A "KING VICIOUS,"**

defendant herein, did knowingly and intentionally distribute, a

quantity of heroin, a Schedule I controlled substance.

        All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts 1 through 10 of this Indictment,

     (1) VICTOR ARROYO, A/K/A "KING VICIOUS,"
      (2) ANGEL LUIS RIVERA, A/K/A "KING VENOM,"
      (3) ONIX FIGUEROA, A/K/A "KING ONYX,"

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds one or more of the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2.    If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

     (a)   cannot be located upon the exercise of due diligence;

     (b)   has been transferred or sold to, or deposited with, a third party;

     (c)   has been placed beyond the jurisdiction of the Court;

     (d)   has been substantially diminished in value; or

     (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

-4-

other property of the defendants up to the value of the property
described in paragraph 1.

All in violation of Title 21, United States Code, Section
853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
JOHN A. WORTMANN, JR.
PETER B. LEVITT
ASSISTANT U.S. ATTORNEYS


DISTRICT OF MASSACHUSETTS                    February 19 2004


    Returned into the District Court by the Grand Jurors and filed.


_____
Deputy Clerk   12:25P


-6-

✎JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Lawrence    **Category No.**  II    **Investigating Agency**  FBI

**City**  Lawrence    **Related Case Information:**

**County**  Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  VICTOR M. ARROYO    Juvenile:  ☐ Yes    X No

Alias Name  KING VICIOUS

Address  5 WASHINGTON WAY, LAWRENCE, MA

Birthdate:  1977    SSN  000 00 9768  Sex:  MALE  Race:  Hispanic    Nationalit  US

**Defense Counsel if known:** _____ Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA  Peter K. Levitt ; John A. Wortmann, Jr.    Bar Number if applicable    565761 AND 534860

**Interpreter:**    ☐ Yes    X No    List language and/or dialect: _____

**Matter to be SEALED:**    ☐ Yes  X  No

☐ Warrant Requested    ☐ Regular Process    X  In Custody

**Location Status:**

Arrest Date _____

Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    X  Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ X  Felony _____11_____

Continue on Page 2 for Entry of U.S.C. Citations

X    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:  2/19/04 _____ Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    VICTOR ARROYO AKA KING VICIOUS _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE BASE | 1 |
| Set 2 | 21 USC 846 | CONSPIRACY DISTRIBUTE HEROIN | 6 |
| Set 3 | 21 USC 841(a) | DISTRIBUTION OF COCAINE BASE | 2, 3, 4, 5, |
| Set 4 | 21 USC 841(a) | DISTRIBUTION OF HEROIN | 7, 9, 10, 11, |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

✎JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Lawrence      **Category No.**  II_____      **Investigating Agency**   FBI_____

**City**   Lawrence_____      **Related Case Information:**

**County**   Essex_____      Superseding Ind./ Inf.  _____   Case No.  _____
                                    Same Defendant  _____   New Defendant _____
                                    Magistrate Judge Case Number  _____
                                    Search Warrant Case Number  _____
                                    R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   ANGEL LUIS RIVERA_____      Juvenile:      ☐ Yes     X  No

Alias Name   KING VENOM_____

Address   116 FORT PLEASANT STREET, SPRINGFIELD, MA_____

Birthdate:  1979_____   SS #  000 00 0268____   Sex:  MALE___   Race:  Hispanic_____   Nationalit  US_____

**Defense Counsel if known:**   _____      Address  _____

Bar Number   _____              _____

**U.S. Attorney Information:**

AUSA   Peter K. Levitt ; John A. Wortmann, Jr.____      Bar Number if applicable   ____565761 AND  534860____

**Interpreter:**   ☐ Yes     X  No      List language and/or dialect:   _____

**Matter to be SEALED:**      ☐ Yes   X   No

        ☐ Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date   _____

      Already in Federal Custody as of  _____   in   _____ .
☐ Already in State Custody at —————————— ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:  _____   on   _____

**Charging Document:**   ☐ Complaint      ☐ Information      X  Indictment

**Total # of Counts:**   ☐ Petty ———————   ☐ Misdemeanor ———————   X Felony      5

Continue on Page 2 for Entry of U.S.C. Citations

X      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:   2/19/04_____      Signature of AUSA:   _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ANGEL LUIS RIVERA    AKA KING VENOM _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE HEROIN | 6 |
| Set 2   21 USC 841(a) | DISTRIBUTION OF HEROIN | 7, 8, 9, 10 |
| | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-angel.wpd - 2/7/02

✎JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**   Lawrence          **Category No.**   II          **Investigating Agency**   FBI

**City**   Lawrence                      **Related Case Information:**

**County**   Essex                       Superseding Ind./ Inf.  _____    Case No.  _____
                                         Same Defendant  _____   New Defendant  _____
                                         Magistrate Judge Case Number  _____
                                         Search Warrant Case Number  _____
                                         R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   ONIX FIGUEROA                    Juvenile:      ☐ Yes     X  No

Alias Name       KING ONYX

Address          80 FOUR STREET, LOWELL, MA

Birthdate:  1975      SS #  000 00 2664   Sex:  MALE   Race:  Hispanic          Nationalit   US

**Defense Counsel if known:**  _____            Address  _____

Bar Number  _____

**U.S. Attorney Information:**

AUSA   Peter K. Levitt ; John A. Wortmann, Jr.          Bar Number if applicable      565761 AND 534860

**Interpreter:**      ☐ Yes     X  No        List language and/or dialect:  _____

**Matter to be SEALED:**      ☐ Yes   X   No

        ☐ Warrant Requested            ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date  _____

    Already in Federal Custody as of  _____  in  _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:  _____  on  _____

**Charging Document:**      ☐ Complaint        ☐ Information       X  Indictment

**Total # of Counts:**      ☐ Petty ———— ☐ Misdemeanor ———— X  Felony      2

                    Continue on Page 2 for Entry of U.S.C. Citations

X       **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.**

Date:   2/19/04  _____        Signature of AUSA:  _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ONIX FIGUEROA    AKA KING ONYX    _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE BASE | 1 |
| Set 2   21 USC 841(a) | DISTRIBUTION OF COCAINE BASE | 4 |
| | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____