AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Angel Luis RIVERA aka King Venom

**WARRANT FOR ARREST**

CASE NUMBER: 04-10053-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Angel Luis RIVERA aka King Venom _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRARCY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF HEROIN A SCHEDULE I CONTROLLED SUBSTANCE

in violation of Title  21  United States Code, Section(s)  846, 841 AND 18 USC 2

Sheila Diskes
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Supervisor
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

02-19-2004   BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY _____
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Angel Luis RIVERA   aka King Venom

ALIAS: _____

LAST KNOWN RESIDENCE: 116 FORT PLEASANT ST., SPRINGFIELD, MA

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): 00-00-1979

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 0268

HEIGHT: 5'10"                                           WEIGHT: 150

SEX:   MALE                                              RACE:

HAIR:                                                         EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____