UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

VICTOR ARROYO, ET AL.

Criminal No. 04-10053-RCL

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Attorneys Tracy A. Miner and Jessica C. Lowney, of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enter their appearance as counsel for defendant Angel Luis Rivera in the above referenced action.

Respectfully submitted,

ANGEL LUIS RIVERA

By his attorneys,

Tracy A. Miner (BBO #547137)
Jessica C. Lowney (BBO #655758)
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

DATED: March 30, 2004

LIT 1451436v1