UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VICTOR ARROYO, ET AL. | Criminal No. 04-10053-RCL |

## MOTION OF DEFENDANT ANGEL LUIS RIVERA FOR COURT AUTHORIZATION OF CRIMINAL JUSTICE ACT EXPENDITURE FOR DISCOVERY MATERIALS THAT WILL COST IN EXCESS OF $300

Defendant Rivera hereby moves, in accordance with the Criminal Justice Act ("CJA") and the attached CJA Form 21 Authorization and Voucher For Expert and Other Services, for prior authorization to obtain services in excess of $300, to wit: duplication of Government discovery estimated to cost approximately $1,000. Defendant Rivera submits that the requested authorization is necessary due to the extremely large amount of discovery provided by the Government to date including documents, CDs, videotapes and audiotapes. Receipt and prompt review of these materials by defense counsel is necessary and in the interests of justice.

Respectfully submitted,

**ANGEL LUIS RIVERA,**

By his attorneys,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO #547137)
Jessica C. Lowney (BBO #655758)
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Dated: March 30, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with AUSA John Wortmann regarding this motion on March 30, 2004. The Government does not object to this Motion.

_____
Jessica C. Lowney

LIT 1451434v1

CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (5-99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Rivera, Angel Luis | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>1: 04-10053-RCL | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. Rivera | 8. PAYMENT CATEGORY<br>[X] Felony    [ ] Petty Offense<br>[ ] Misdemeanor  [ ] Other<br>[ ] Appeal | 9. TYPE PERSON REPRESENTED<br>[X] Adult Defendant  [ ] Appellant<br>[ ] Juvenile Defendant [ ] Appellee<br>[ ] Other: | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Criminal Case | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
21: 846 Conspiracy to Distribute Heroin - Distribution of Heroin

**REQUEST AND AUTHORIZATION FOR EXPERT SERVICES**

12. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
[X] Authorization to obtain the service. Estimated Compensation and Expenses: $ 1,000    OR
[ ] Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (Note: Prior authorization should be obtained for services in excess of $300, excluding expenses)

Signature of Attorney _____[signed]_____     Date 3/30/04
[X] Panel Attorney  [ ] Retained Attorney  [ ] Pro-Se  [ ] Legal Organization

ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Tracy A. Miner, Esq.
Mintz Levin
One Financial Center, Boston, MA 02111

Telephone Number: 617-542-6000

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions)

Duplication Services

14. TYPE OF SERVICE PROVIDER
01 [ ] Investigator
02 [ ] Interpreter/Translator
03 [ ] Psychologist
04 [ ] Psychiatrist
05 [ ] Polygraph
06 [ ] Documents Examiner
07 [ ] Fingerprint Analyst
08 [ ] Accountant
09 [ ] CALR (Westlaw/Lexis, etc.)
10 [ ] Chemist/Toxicologist
11 [ ] Ballistics
12 [ ] Weapons/Firearms/Explosive Expert
13 [ ] 
14 [ ] Pathologist/Medical Examiner
15 [ ] Other Medical
16 [ ] Voice/Audio Analyst
17 [ ] Hair/Fiber Expert
18 [ ] Computer (Hardware/Software/Systems)
19 [ ] Paralegal Services
20 [ ] Legal Analyst/Consultant
21 [ ] Jury Consultant
22 [ ] Mitigation Specialist
23 [X] Duplication Services (See Instructions)
24 [ ] Other (Specify)

15. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

Date of Order _____  Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
[ ] YES  [ ] NO

**CLAIM FOR SERVICES AND EXPENSES** | **FOR COURT USE ONLY**

| 16. SERVICES AND EXPENSES<br>(Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | $1,000 | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | $1,000 | | |

17. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Tracy A. Miner, Esq.
Mintz Levin
One Financial Center
Boston, MA 02111

TIN: _____
Telephone Number: 617-542-6000

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____

CLAIM STATUS  [ ] Final Payment  [ ] Interim Payment Number _____  [ ] Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____[signed]_____  Date 3/30/04

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.

Signature of Attorney _____[signed]_____  Date 3/30/04

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|

23. [ ] Either the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained.
    [ ] Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $300.

_____    _____
Signature of Presiding Judicial Officer     Date      Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

_____    _____
Signature of Chief Judge, Court of Appeals (or Delegate)   Date   Judge Code