# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal Action<br>No: <u>04-10053-RCL</u>

UNITED STATES

v.

ANGEL LUIS RIVERA
Defendant

## NOTICE OF PLEA HEARING

LINDSAY, D.J.

      The parties have advised the Court that the defendant(s) will enter a change of plea to certain counts of the indictment. A hearing on the proposed plea is hereby scheduled for October 20, 2004 at 3:15PM, in Courtroom No. 11, 5th floor, U.S. Courthouse, Boston, MA. Any written plea agreement between the defendant(s) and the government shall be filed not later than three days before the hearing. If the parties do not anticipate that there will be advise a written plea agreement between the defendant(s) and the government, the parties shall so the Court not later than three days before the hearing.

      So Ordered.

By the Court,<br><br>/s/ Lisa M. Hourihan<br>_____<br>Deputy Clerk

September 23, 2004