UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Criminal No. 04-10053-RCL |
| ) | |
| ) | |
| **ANGEL LUIS RIVERA** ) | |

**GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY**

    The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b) that defendant Angel Luis Rivera notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial.  Based on that fact, the government requests that Rivera be awarded a three-point reduction for acceptance of responsibility.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                    By:  /s John A. Wortmann, Jr.
                          JOHN A. WORTMANN, JR.
                          Assistant U.S. Attorney
                          617-748-3207