U. S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution

May 16, 2005

Honorable Reginald C. Lindsay
United States District Judge
District of Massachusetts
1 Courthouse Way, Suite 5710
Boston, Massachusetts 02210

RE: RIVERA, Angel
    Reg. No. 25120-038
    Docket No. 1:04-CR10053-002-RCL

Dear Judge Lindsay:

I am in receipt of your "Judgment in a Criminal Case" in the case of inmate Angel Rivera, in which you recommend he participate in the 500 Hour Comprehensive Drug Treatment Program, and also participate in Anger Management, if available.

Inmate Rivera was sentenced in your Court on February 22, 2005, to a term of 60 months with 4 years Supervised Release for Conspiracy to Distribute Heroin and Distribution of Heroin. He arrived at the Federal Correctional Institution, Ray Brook, New York, on May 5, 2005, for service of this sentence.

This facility offers a Drug Abuse Education Program, which is a ten week psychoeducational class designed to provide information to inmates about the consequences of substance abuse, and to motivate inmates with substance abuse problems to participate in further treatment while incarcerated, and upon their return to the community. Based on your recommendation, inmate Rivera will be required to participate in the Drug Abuse Education Program. Upon completion, he will be considered for referral to one of the Bureau of Prisons' 500 hour Residential Drug Treatment Programs. Lastly, he has been encouraged to participate in the institution's Aggression Replacement Training Program.

We appreciate your interest and recommendations concerning inmate Rivera, and trust this information will be helpful to you. Should you have any further questions, do not hesitate to contact me.

Sincerely,

T. R. Craig
Warden