Date: May 2nd '07

To: Clerk of The Court
From: Angel L. Rivera
Rea: Request

Dear Sir / Madam

I am Requesting Your Help!
Would You Please See It Possible
To Send To Me A Copy Of My
Court Docket Sheet?
Your Help Would Be Greatly Appreciated.

The Case In Question Is As Follows:

United States of America
v
Angel Luis Rivera

Case # 1: 04 CR 10053 -002 - RCL

FILED
IN CLERKS OFFICE
2007 MAY 14 P 3 34
U.S. DISTRICT COURT
DISTRICT OF MASS.

I Thank You Sincerely 4 Your Time & Effort

To "Judge"
The Honorable Reginald C. Lindsay

Angel Rivera #25120038
Post Office Box 3000
White Deer, PA. 17887
U.S.P. Allenwood

Date: May 7th '07

To: Clerk of Court
From: Angel Rivera

FILED
CLERKS OFFICE
2007 MAY 14 P 3:34
U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Sir/Madam,

Would You Please Be So Kind As To Assist Me In The Matter Of Obtaining A Copy Of My Sentencing Transcripts, In The Below Mention Action:

Angel Rivera 25120-038
Case# 1 04 Cr 10053 - 002 - RCL

I Thank You Beforehand For Your Time And Effort

To: Judge The Honorable Reginald C. Lindsay